Andrea MOULAS, Plaintiff-Appellant-Petitioner,

v.

PBC PRODUCTIONS INCORPORATED, d/b/a/ Milwaukee Admirals, Fireman's Fund Insurance Company, Bradley Center Corporation and St. Paul Fire & Marine Insurance Company, Defendants-Respondents,

COMPCARE HEALTH INSURANCE CORPORATION, Defendant.

Supreme Court

*No. 96–1784. Oral argument April 7, 1998.—Decided April 30, 1998.*

(Also reported in 576 N.W.2d 929.)

For the plaintiff-appellant-petitioner there were briefs by *William A. Denny, Jonathan Cermele* and

*Denny & Yanisch,* Elm Grove and oral argument by *William A. Denny* and *Jonathan Cermele.*

For the defendants-respondents there was a brief by *Michael D. Stotler* and *Bren, Przybeck & Stotler,* Milwaukee and oral argument by *Michael D. Stotler.*

¶ 1. PER CURIAM. The court is equally divided on the question of whether the decision of the court of appeals, *Moulas v. PBC Productions Inc.,* 213 Wis. 2d 406, 570 N.W.2d 739 (Ct. App. 1997), should be affirmed or reversed. Justice DONALD W. STEINMETZ, Justice JON P. WILCOX and Justice N. PATRICK CROOKS would affirm; Chief Justice SHIRLEY S. ABRAHAMSON, Justice WILLIAM A. BABLITCH and Justice ANN WALSH BRADLEY would reverse. Justice JANINE P. GESKE did not participate. Accordingly, the decision of the court of appeals is affirmed.